UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARTIN MEISSNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:13-cv-2617 |
| BF LABS INC., | ) | |
| Defendant. | ) | |
| | ) | |

## Designation of Place of Trial

Plaintiff, by and through counsel, designate Kansas City, Kansas, as the place of trial pursuant to Local Rule 40.2.

Respectfully Submitted,
THE FLYNN LAW FIRM, P.C.

By: ___/s/ Robert F. Flynn___
ROBERT F. FLYNN # 22649
1150 Grand Blvd., Ste. 300
Kansas City, MO   64106-2303
(816) 283-3400    (913) 782-1383/Fax
Robert@TheFlynnLawFirm.com
*Attorneys for Plaintiff Martin Meissner*