UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

MARTIN MEISSNER,                )
                Plaintiff,      )
v.                              )   Case No. 2:13-cv-2617
BF LABS INC.,                   )
                Defendant.      )
_____)

# Return of Service

I, Robert F. Flynn, attest under penalty of perjury that on December 3, 2013, I mailed a copy of the Summons and Complaint, certified U.S. mail no. 7013 0600 0000 3632 8526, return receipt requested, to Defendant BF Labs Inc. c/o its registered agent, National Registered Agents, Inc. of Kansas, 112 SW 7th St., Suite 3C, Topeka, KS 66603-3813; and attached hereto is the certified green card acknowledging service on December 5, 2013:

[Certified mail return receipt (PS Form 3811) addressed to BF Labs Inc., c/o Nat'l Reg'd Agents, Inc. of KS, 112 SW 7th St., Ste. 3C, Topeka, KS 66603-3813; Article Number 7013 0600 0000 3632 8526; signed, delivery date DEC 0 5 2013.]



The undersigned further attests that on December 10, 2013, he sent a courtesy copy of the Complaint to attorneys for Defendant (known thereas based on their written response to the related October 2013 demand letter sent to Defendant's registered agent on behalf this Plaintiff).

        Respectfully Submitted,
        THE FLYNN LAW FIRM, P.C.

        By: _____
           ROBERT F. FLYNN # 22649
        1150 Grand Blvd., Ste. 300
        Kansas City, MO   64106-2303
        (816) 283-3400   (913) 782-1383/Fax
        Robert@TheFlynnLawFirm.com
        *Attorney for Plaintiff Martin Meissner*