UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARTIN MEISSNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:13-cv-2617 |
| BF LABS INC., | ) | |
| Defendant. | ) | |
| | ) | |

## Motion for Entry of Default by Clerk

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Martin Meissner, by and through counsel, respectfully requests Entry of Default by the Clerk against Defendant BF Labs Inc. for failure to plead or otherwise defend as required by law.   In support of this request, Plaintiff states as follows:

1.   Plaintiff filed his Complaint against Defendant on December 2, 2013. A summons was duly issued to Defendant by the Clerk on December 3, 2013.

2.   As evidenced by the Return of Service filed on December 30, 2013, Defendant was properly served with the Summons and Complaint on December 5, 2013.

3.   In addition to the certified-mail service, Plaintiff's counsel also sent a courtesy copy of the Complaint on December 10, 2013, to Defendant's attorneys (known thereas based on their written response to the related October 2013 demand letter sent to Defendant's registered agent on behalf of this Plaintiff).

4.   The time for Defendant to answer or otherwise respond to the Complaint expired on December 26, 2013.

5.   Defendant has not filed an answer or other responsive pleading.

6. Defendant is a *corporation*, and, therefore, is neither a minor child, nor an incompetent person, nor a member of the U.S. armed forces protected by the Servicemembers Civil Relief Act.

7. The Declaration of Robert F. Flynn is attached hereto in support of this Request.

Dated this 30th day of December, 2013.

                                      Respectfully Submitted,
                                      THE FLYNN LAW FIRM, P.C.

                                      By:     /s/ Robert F. Flynn
                                             ROBERT F. FLYNN # 22649
                                      1150 Grand Blvd., Ste. 300
                                      Kansas City, MO   64106-2303
                                      (816) 283-3400     (913) 782-1383/Fax
                                      Robert@TheFlynnLawFirm.com
                                      *Attorneys for Plaintiff Martin Meissner*