## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARTIN MEISSNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:13-cv-2617 |
| BF LABS INC., | ) | |
| Defendant. | ) | |
| | ) | |

## <u>Declaration of Robert F. Flynn</u>

1.      I am an attorney of record for Plaintiff Martin Meissner in the above-captioned matter and authorized to make this Declaration, and I have personal knowledge of the facts stated herein.

2.      Plaintiff filed his Complaint against Defendant BF Labs Inc. on December 2, 2013.   A summons was duly issued to Defendant by the Clerk on December 3, 2013.

3.      As evidenced by the Return of Service filed on December 30, 2013, <u>Defendant was properly served with the Summons and Complaint on December 5, 2013</u>.

4.      In addition to the certified-mail service, Plaintiff's counsel also sent a courtesy copy of the Complaint on December 10, 2013, to Defendant's attorneys (known thereas based on their written response to the related October 2013 demand letter sent to Defendant's registered agent on behalf this Plaintiff).

Attachment to Motion for Entry of Default by Clerk

1

5.     Pursuant to Fed. R. Civ. P. 12(a), Defendant had 21 days to answer the Complaint.   The time for Defendant to answer or otherwise respond to the Complaint has now expired.   Defendant has not filed an answer or otherwise responded to the Complaint.

6.     Defendant is a *corporation*, and, therefore, is neither a minor child, nor an incompetent person, nor a member of the U.S. armed forces protected by the Servicemembers Civil Relief Act.


I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of December, 2013.


By:_____
ROBERT F. FLYNN # 22649
THE FLYNN LAW FIRM, P.C.
1150 Grand Blvd., Ste. 300
Kansas City, MO   64106-2303
(816) 283-3400     (913) 782-1383/Fax
Robert@TheFlynnLawFirm.com
*Attorneys for Plaintiff Martin Meissner*

Attachment to Motion for Entry of Default by Clerk