UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARTIN MEISSNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:13-cv-2617 |
| BF LABS INC., | ) | |
| Defendant. | ) | |
| | ) | |

## Entry of Default by Clerk

Pursuant to Fed. R. Civ. P. 55(a), the Clerk grants Plaintiff Martin Meissner's Application for Clerk's Entry of Default (DOC 5) against Defendant BF Labs Inc., based on the following:

1. Plaintiff filed his Complaint against Defendant on December 2, 2013 (DOC 2). A Summons was duly issued to Defendant by the Clerk on December 3, 2013.

2. As evidenced by the Return of Service filed on December 30, 2013 (DOC 4), Defendant was properly served with the Summons and Complaint on December 5, 2013.

3. The time for Defendant to answer or otherwise respond to the Complaint expired on December 26, 2013.

4. Defendant has not filed an answer or other responsive pleading.

5. Defendant is a *corporation*, and, therefore, is neither a minor child, nor an incompetent person, nor a member of the U.S. armed forces protected by the Servicemembers Civil Relief Act.

6.     On December 30, 2013, Plaintiff filed his Application for Clerk's Entry of Default, with its attached Declaration of Robert F. Flynn (DOC 5), pursuant to Fed. R. Civ. P. 55(a).

WHEREFORE, pursuant to Fed. R. Civ. P. 55(a), the Clerk grants Plaintiff Martin Meissner's Application for Clerk's Entry of Default (DOC 5) against Defendant BF Labs Inc., and issues this Entry of Default on this 3rd day of January, 2014.

                                          s/Mary E. Hill
                                          DEPUTY CLERK OF THE COURT