# Martin Meissner

| | |
|---|---|
| **Von:** | Sales at Butterfly Labs <office@butterflylabs.com> |
| **Gesendet:** | Sunday, May 05, 2013 09:52 |
| **An:** | Martin Meissner |
| **Betreff:** | Butterfly Labs - Bitcoin Mining Hardware: Invoice # 100025555 for Order # 100026166 |



## Hello, Martin Meissner

Thank you for your order from Butterfly Labs - Bitcoin Mining Hardware. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at office@butterflylabs.com or call us at 913-271-6744 Monday - Friday, 8am - 5pm PST.

## Your Invoice #100025555 for Order #100026166

| **Billing Information:** | **Payment Method:** |
|---|---|
| Martin Meissner<br>C-805, Feng Lin Zhou<br>Bao'An Avenue, Bao'An Central District<br>Shenzhen, 518000<br>China<br>T: 86-15920056884 | Bank Transfer<br><br>Thank you for your order via bank wire. In order for us to process and enter your order into the queue, please send a bank wire to the following account:<br><br>Bank name: Commerce Bank<br>Bank address: 8901 State Line Road, Kansas City, Missouri, United States of America<br>Swift: ▮▮▮▮▮▮▮▮<br>ABA / Routing: ▮▮▮▮▮▮▮▮<br>Account Name: BF Labs Inc.<br>Account Number: ▮▮▮▮▮▮▮▮<br>Account Address: 10770 El Monte, Leawood, KS, United States of America<br><br>Please add your order number to the memo of your wire transfer.<br><br>Once we have confirmation of receipt of the wire transfer, we will add your order into the queue for processing.<br><br>Thank you |

|  |  |
|---|---|
|  | BF Labs Inc. |

**Shipping Information:**

Wanli Chen
21/F, Bank of America Tower, 12 harcourt Rd
Central, Hong Kong
Hong Kong, No zip code
Hong Kong SAR China
T: 852-95137725

**Shipping Method:**

Express Shipping - Only

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| **1,500 GH/s Bitcoin Miner** | MRG015T | 2 | $59,798.00 |
|  | Subtotal | | $59,798.00 |
|  | Shipping & Handling | | $2,800.00 |
|  | **Grand Total** | | **$62,598.00** |
|  | Amount due | | $0.00 |

bankwire received from Trademost Enterprises Ltd.

Thank you again, **Butterfly Labs - Bitcoin Mining Hardware**