IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARTIN MEISSNER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 13-CV-2617-RDR-KGS |
| | ) | |
| BF LABS INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MEDIATION

Pursuant to the August 6, 2014 Scheduling Order (Doc. 27, p. 3), the parties jointly notify the Court that this action will be mediated by Richard McLeod on October 16, 2014 at 9:30 a.m. at:

> The McLeod Law Firm
> 2020 Wyandotte Street
> Kansas City, Missouri 64108
> (816) 421-5656

Date: September 12, 2014                              Respectfully submitted,

| | |
|---|---|
| THE FLYNN LAW FIRM, P.A. | POLSINELLI PC |
| | |
| /s/ Robert F. Flynn | /s/ James M. Humphrey |
| Robert F. Flynn     KS Bar No. 22649 | James M. Humphrey     KS Fed. No. 70664 |
| Christopher Nelson   KS Bar No. 25548 | Michael S. Foster     KS Bar No. 24011 |
| 1150 Grand Boulevard, Suite 300 | 900 W 48th Place, Suite 900 |
| Kansas City, Missouri 64106-2303 | Kansas City, Missouri 64112-1895 |
| Telephone: (816) 283-3400 | Telephone: (816) 753-1000 |
| Fax: (816) 283-3400 | Fax: (816) 753-1536 |
| Email: Robert@TheFlynnLawFirm.com | Email: jhumphrey@polsinelli.com |
| Email: Christopher@TheFlynnLawFirm.com | Email: mfoster@polsinelli.com |
| | |
| Attorneys for Plaintiff Martin Meissner | Attorneys for Defendant BF Labs Inc. |

48795368.1