# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARTIN MEISSNER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **Case No. 2:13-cv-02617-RDR-KGS** |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Lucinda H. Luetkemeyer of the law firm of Spencer Fane Britt & Browne

LLP and enters her appearance on behalf of Eric L. Johnson, Temporary Receiver for Defendant

BF Labs, Inc.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Lucinda H. Luetkemeyer

| | |
|---|---|
| Bryant T. Lamer | KS #22722 |
| Kersten L. Holzhueter | KS #24885 |
| Stephanie Lovett-Bowman | KS #24842 |
| Lucinda H. Luetkemeyer | KS #25326 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106

| | |
|---|---|
| Telephone: | (816) 474-8100 |
| Facsimile: | (816) 474-3216 |

blamer@spencerfane.com
kholzhueter@spencerfane.com
slovettbowman@spencerfane.com
lluetkemeyer@spencerfance.com

Attorneys for Temporary Receiver Eric L.
Johnson

WA 6202176.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of October 2014, a true and correct copy of the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Lucinda H. Luetkemeyer
Attorney for Temporary Receiver Eric L. Johnson

WA 6202176.1