UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARTIN MEISSNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:13-cv-2617-RDR-KGS |
| BF LABS INC., | ) | |
| Defendant. | ) | |
| | ) | |

## Motion for Extension of Time to Respond to Notice of Appointment of Temporary Receiver and Motion to Stay (DOC 34)

Plaintiff Martin Meissner, by and through undersigned counsel, respectfully requests that this Court enter an order granting an additional 14 days to respond to The Notice of Appointment of Temporary Receiver and Motion to Stay (DOC 34), and in support he states:

1. Pursuant to D. Kan. R. 6.1(c)(1), the deadline to respond is October 15.

2. Counsel for Meissner and Movant Eric L. Johnson (as temporary receiver for Defendant BF Labs, Inc.) have discussed Meissner's possibly consenting to a stay.

3. Discussions are ongoing, and may result in Meissner's consenting to a stay.

4. Counsel for Meissner advised counsel for Movant Eric L. Johnson of his intent to file this motion; Movant's counsel responded, "I understand that you will need to get a motion on file requesting additional time so we can discuss a resolution."

WHEREFORE Plaintiff Martin Meissner requests a 14-day extension (from October 15, 2014, to October 29, 2014) by which to respond to the Notice of Appointment of Temporary Receiver and Motion to Stay (DOC 34).

Dated this 15th day of October, 2014.

        Respectfully Submitted,
        THE FLYNN LAW FIRM, P.C.

        By:　　/s/ Robert F. Flynn
            ROBERT F. FLYNN, #22649
            CHRISTOPHER B. NELSON, #25548
        1150 Grand Blvd., Ste. 300
        Kansas City, MO   64106-2303
        (816) 283-3400     (913) 782-1383/Fax
        Robert@TheFlynnLawFirm.com
        Christopher@TheFlynnLawFirm.com
        *Attorneys for Plaintiff Martin Meissner*

    I here certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification and that I served the foregoing by first-class mail, postage prepaid, upon any counsel of record not receiving electronic notification.

        s/ Robert F. Flynn
        Robert F. Flynn
        Kansas Bar No. 22649