### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARTIN MEISSNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 13-2617-RDR |
| | ) |
| **BF LABS INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Before the Court is the joint motion of Plaintiff Martin Meissner and Defendant's temporary receiver, Eric. L. Johnson, to stay this case for a limited period of time (Doc. 42).  The Western District of Missouri appointed Eric L. Johnson as temporary receiver for Defendant BF Labs Inc. in the case captioned <u>Federal Trade Commission v. BF Labs Inc., et al.</u>, with case number 4:14-cv-00815-BCW ("Receivership Case").  A Stipulated Interim Order entered in the Receivership Case stayed all other proceedings against Defendant.  The parties to this case seek a stay for a period of time dependent on certain events in the Receivership Case.  For good cause shown, the Court grants the joint motion.

IT IS THEREFORE ORDERED:

1. The Joint Motion to Stay is granted.

2. This action is stayed until the earliest of the following:

   a. The Western District of Missouri dismisses the Receivership Case;

   b. The Western District of Missouri denies the FTC's request for injunctive relief in the Receivership Case;

   c. The Western District of Missouri amends the Stipulated Interim Order (Doc. 54 in the Receivership Case) to eliminate the stay imposed on other proceedings; or,

   d. December 22, 2014.

3. Within seven days of the occurrence of any of the events outlined in 2(a)-(d), the parties shall file a status report with the Court.

IT IS SO ORDERED.

Date: November 6, 2014

<u>s/ K. Gary Sebelius</u>
K. Gary Sebelius
U.S. Magistrate Judge